IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

AUG 0 8 2005

JOHN F. CORCORAN, CLERK
BY: /s/ Terry Coleman
DEPUTY CLERK

| | |
|---|---|
| JONATHAN FOSTER,<br><br>        *Plaintiff,*<br><br>v.<br><br>CLAYTON HOMES, ET AL.,<br><br>        *Defendants.* | CIVIL ACTION NO. 6:045CV-00004<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

as follows:

(1) Defendants' Motions for an Enlargement of Time and Leave to File Late Answer, docket numbers 6 and 7, are hereby GRANTED.

(2) Plaintiff's Motion for Entry of Default Judgment, docket number 5, is hereby DENIED.

. . .

. . .

. . .

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

8-8-05
Date